UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 16-cr-00042(01) & (02) |
| VERSUS | JUDGE FOOTE |
| RUSTIN J. STEIN (01) and<br>JAMES LEE ADKINS (02) | MAGISTRATE JUDGE HORNSBY |

# O R D E R

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the **Motions to Suppress (Docs. 38, 39 & 40)** are **DENIED.**

THUS DONE AND SIGNED at Shreveport, Louisiana, this 26th day of August, 2016.

ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE